AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| United States of America<br>v.<br>Neris Baca Herrera<br>a/k/a Neris Herrera-Baca<br>a/k/a Neris Amado Herrera<br><br>*Defendant(s)* | )<br>)<br>)   Case No.  2:19-mj- 1035-DNF<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __March 8, 2019__ in the county of __DeSoto__ in the __Middle__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C § 1546(a) | Possession of False Visa or Other Document |
| 8 U.S.C. § 1326(a) | Illegal Reentry After Deportation. |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

*Complainant's signature*

Roger Mas, Deportation Officer, ICE
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 03/20/2019

*Judge's signature*

City and state: Fort Myers, Florida

Douglas N. Frazier, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT

I, ROGER MAS, being duly sworn on oath depose and state the following:

1. I have been employed by United States Immigration and Customs Enforcement (ICE) since May of 2009. I currently hold the position of Deportation Officer (DO), which I have held since September of 2015. As a DO, my duties include the apprehension of aliens who are in the United States illegally and the enforcement of the immigration laws, including offenses involving aliens who are believed to have reentered the United States after deportation without authorization from the Attorney General. This affidavit is based upon my personal knowledge, as well as information which has been provided to me by other law enforcement officers.

2. On February 28, 2019, the Arcadia Police Department in DeSoto County, Florida arrested Neris Baca Herrera, aka Neris Herrera-Baca, aka Neris Amado Herrera, for the offense of trespassing.

3. On March 2, 2019, the Interoperability Response Center (IRC) at the Miami Field Office located Neris Baca Herrera at the DeSoto County Jail, in Arcadia, Florida and an immigration detainer was thereafter lodged. On March 8, 2019, Deportation Officer (DO) Orlando Reyes encountered Baca Herrera at the DeSoto County Jail and placed the subject under administrative arrest for Illegal Reentry into the United States. Through a field interview, DO Reyes was able to

establish that Baca Herrera was the same subject who had been previously removed from the United States. Baca Herrera's biographical information was consistent with previously-known information from law enforcement databases. As per ICE arrest procedure, Baca Herrera's fingerprints were rolled, scanned, and electronically submitted into the Federal Bureau of Investigations' Next Generation Identification (NGI). Baca Herrera's fingerprints were also processed through the Department of Homeland Security's Automated Biometric Identification System (IDENT), which resulted in his fingerprints matching a record of a previously deported alien under Alien File 201-235-773.

4. On the date of his administrative arrest on March 8, 2019, Baca Herrera was found in possession of a Lawful Permanent Resident (LPR) card which contained his photo, the name Neris Amado Herrera, and USCIS alien registration number 094-254-865.

5. A Certificate of Nonexistence of Record obtained from the United States Citizenship and Immigration Services on March 15, 2019 revealed that USCIS alien registration number 094-254-865, which was contained on the LPR card found in the possession of Baca Herrera on March 8, 2019, was assigned to another individual and not to Neris Baca Herrera. Further, immigration/ICE system checks revealed that alien registration number 094-254-865 is assigned to an individual with initials S.S.E., who is a citizen and native of Honduras, and currently resides in Houston, Texas.

6. On March 8, 2019, DO Reyes read Baca Herrera his *Miranda* warnings, and Baca Herrera agreed to give a sworn statement and admitted to being a citizen and native of Honduras and being illegally in the United States.

7. A search of the ICE computer databases revealed that alien number 201-235-773 was assigned to Neris Baca Herrera, a citizen and native of Honduras. I subsequently reviewed all requested documents contained in the Alien File pertaining to A201-235-773. Contained in the documents was a Removal Order issued by an Immigration Judge in Miami, Florida, on November 11, 2011. This order was issued based upon the charges on the Notice to Appear (I-862) pursuant to Section 212(a)(6)(A)(i) of the Immigration and Nationality Act, as amended. Also contained in the Alien File was a Warrant of Removal/Deportation (I-205) dated June 27, 2013. The Warrant of Removal/Deportation (I-205) contained a photograph and fingerprint of the subject, as well as the location of the subject's removal/deportation from the United States. The executed Warrant of Removal/Deportation revealed that Baca Herrera was deported from the United States to Honduras on June 27, 2013, from Phoenix, Arizona.

8. Also contained in Alien File 201-235-773 is a copy of a Honduran Temporary Travel Pass issued on June 6, 2013.

3

9. Subsequent to his deportation on June 27, 2013, Baca Herrera reentered the United States on an unknown date, at an unknown location without being admitted or paroled after inspection by an immigration officer at a designated port of entry and without permission by the Department of Homeland Security.

10. On March 15, 2019, a Fingerprint Specialist with U.S. Immigration and Customs Enforcement, Homeland Security Investigations examined the fingerprint contained on the Warrant of Removal/Deportation dated June 27, 2013, and compared it to the fingerprints that were rolled and taken of an individual believed to be Neris Baca Herrera by Deportation Officer Orlando Reyes on March 8, 2019. The Fingerprint Specialist determined that the fingerprints were made by the same individual, Neris Baca Herrera.

11. A search of ICE databases revealed that Baca Herrera had never received permission to reenter the United States from the United States Attorney General or the Secretary for Homeland Security, subsequent to his last deportation on June 27, 2013.

12. Based on the above information, I have concluded that, to the best of my knowledge and belief, there is probable cause to believe that, the Defendant, Neris Baca Herrera, is presently in the United States, in violation of Title 8, United States Code, Section 1326(a) and possessed a counterfeit document as evidence of authorized stay in the United States in violation of Title 18, United States Code, Section 1546(a).

_____
Roger Mas, Deportation Officer
U.S. Department of Homeland Security
Immigration and Customs Enforcement

Sworn and subscribed to me this 20th day of March 2019, in Fort Myers, Florida.

_____
DOUGLAS N. FRAZIER
UNITED STATES MAGISTRATE JUDGE